UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2025 MAY -7 PM 4: 05

US DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:25-CR-48 |
| ) | |
| v. ) | JUDGES Varlan/Poplin |
| ) | |
| BRYAN HARDISON ) | |

## INDICTMENT

The Grand Jury charges as follows:

### COUNT ONE
**(Possession with Intent to Distribute 280 Grams or More of a Mixture or Substance Containing Cocaine Base)**

On or about May 5, 2025, within the Eastern District of Tennessee, the defendant,

**BRYAN HARDISON,**

knowingly and intentionally possessed with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT TWO
**(Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine)**

On or about May 5, 2025, within the Eastern District of Tennessee, the defendant,

**BRYAN HARDISON,**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## SPECIAL FINDINGS

Before the defendant, **BRYAN HARDISON**, committed the offenses charged in Counts One and Two of this Indictment, the defendant had a prior conviction for a serious drug felony, namely a conviction in Knox County Criminal Court case number 101674 for possession with intent to sell or deliver a schedule II controlled substance, for which he served a term of imprisonment of more than 12 months and his release from imprisonment on that offense was within 15 years of the commencement of the instant offenses.

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to the following:

### Money Judgment:

A personal money judgment against the defendant and in favor of the United States, which represents proceeds the defendant personally obtained as a result of an offense in violation of Title 21, United States Code, Section 841.

### United States Currency:

$7,192 in U.S. Currency seized on May 5, 2025, at 5205 Skyline Drive, Knoxville, Tennessee.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: *[signature]*

Keith Hollingshead-Cook
Assistant United States Attorney

3