# CRIMINAL CASE COVER SHEET

| | |
|---|---|
| By: | ☒ INDICTMENT ☐ SUPERSEDING    Case Number: <br> ☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*) <br> ☐ RULE 20 |

USA v. BRYAN HARDISON

☒ Felony    ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)    ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A    ☐ Zone B

Name of Assigned AUSA: Keith Hollingshead-Cook

Matter Sealed:    YES    ☒ NO            Place of Offense: Knox
☐ Interpreter Required    Language:

Issued:    ☐ WARRANT    ☐ SUMMONS    ☐ WRIT (*Motion to be filed*)

Arresting Agency:    ☐ DEA    ☐ ATF    ☐ USMS    ☒ FBI    Other:

Current Trial Date (*if any*):            before Judge

☒ Criminal Complaint Filed        Case Number: 3:25-MJ-01121
☐ Defendant on Supervised Release    Case Number:

Related Case/Attorney:

Case Number:            Attorney:

Reason for Related Case Determination:

Defense Counsel (*if any*):

☒ Federal Defender    ☐ CJA    ☐ Retained    Jonathan A. Moffatt

Appointed by Target Letter    Case Number:
Appointed in Pending Indictment    Case Number:

CHARGES:  Total number of Counts for this Defendant: 2

Attorney Signature: *[signature]*

# CRIMINAL CASE COVER SHEET

Case Number:

USA v. BRYAN HARDISON

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 280 Grams or More of a Mixture or Substance Containing Cocaine Base | Y | 1 | |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine | Y | 2 | |