

# United States Department of Justice

United States Attorney
Eastern District of Tennessee

Headquarters: 800 Market Street, Suite 211
Knoxville, Tennessee 37902
865.545.4167
www.usdoj.gov/usao/tne

| | |
|---|---|
| 1110 Market Street, Suite 515<br>Chattanooga, Tennessee 37402<br>423.752.5140 | 220 West Depot Street, Suite 423<br>Greeneville, Tennessee 37743<br>423.639.6759 |

October 30, 2025

Bryan Hardison, #504842
Knox County Jail
5001 Maloneyville Road
Knoxville, TN 37918

RE: *United States v. Bryan Hardison*, District Court Case No. 3:25-CR-48

Defendant Hardison:

I am writing to provide you supplemental discovery. Attached, please find a discovery index and a report labeled Bates Vol. 5-00000327. The report regards a recent email communication. You'll see from the report that the agent recognized the email as a communication between you and your elbow counsel, Laura Davis. Of course, we will ensure that no one else involved in the investigation or prosecution of this case will review the email and that the case agent does not further review it. Nevertheless, I wanted to make sure you're aware of this. If you would like, we can make a copy of the email available to you, and we will use a team of people who are not related to the investigation and prosecution of this case to accomplish providing that to you. Please let me know if you would like us to provide the email.

Additionally, I have informed Ms. Davis of the ability to designate her email account to the jail as associated with a lawyer so that the email communications with her account are not monitored in the future.

I will forward any additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

Francis M. Hamilton III
United States Attorney

By: *s/ Keith Hollingshead-Cook*
Keith Hollingshead-Cook
Assistant United States Attorney

Enclosures
cc: Laura Davis



United States Attorney's Office
Eastern District of Tennessee

# CRIMINAL DISCOVERY INDEX

Case: *United States v. Bryan Hardison*
Case No. 3:25–CR–00048

Date: October 29, 2025

| **Filename** | **Begin Bates** | **End Bates** |
|---|---|---|
| Bryan Hardison Privileged Email ROI | Vol. 5-00000327 | Vol. 5-00000327 |