

# KNOXVILLE POLICE DEPARTMENT
## ORGANIZED CRIME UNIT

Report of Investigation

| DATE: 10-14-25 | CASE NUMBER: 25-014833 |
|---|---|
| REPORTING DETECTIVE: B. Stryker #1962 | SUBJECT: Bryan Hardison Privileged Email from Knox County Detention Facility |

On October 14, 2025, I, Detective Brandon Stryker, was monitoring Bryan Hardison's jail calls and emails from the Knox County Detention Facility. I have been monitoring his jail calls and emails since his incarceration on May 05, 2025. In the course of reviewing Bryan Hardison's emails, I observed an email sent to Bryan Hardison from "lawyer.ledavis@gmail.com" sent on October 13, 2025 and realized that this is Bryan Hardison's "elbow counsel". Bryan Hardison is currently representing himself in this case and Laura Davis has been appointed as his "elbow counsel." I notified AUSA Keith Cook and also contacted the Knox County Detention Facility and advised them that potentially privileged emails are viewable to law enforcement.

_Brandon J. Stryker_
**Detective Brandon Stryker**