Bryan Hardison #504842
5001 Maloneyville Road
Knoxville, Tennessee
37918

Eastern District of Tennessee
Office of
United States District Court
800 Market St. Suite 130
Knoxville, Tennessee
37902

RECEIVED
NOV 17 2025
INSPECTED

Sender is an inmate of Correctional Facility