Bryan Hardison #504842
5001 Maloneyville Road
Knoxville, Tennessee
37918



RECEIVED
DEC 0 1 2025
INSPECTED

Sender is an inmate of Correctional Facility

Eastern District
United States

Knoxville
37902