UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| U.S. OF AMERICA | )
| | )
| V. | ) CASE NO. 3:25-CR-48
| | ) JUDGE: POPLIN
| BRYAN HARDISON | )
| | )

**FILED**
DEC 01 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## MOTION FOR SUBSTITUTION OF COUNSEL OR (HEARING)

COME NOW THE DEFENDANT (BRYAN HARDISON) APPEARING (PRO-SE) MOVES THIS COURT TO PUT THIS MOTION ON THE RECORD PURSUANT TO IRREPARABLE BREAKDOWNS IN COMMUNICATION AND TRUST WITH ("LAURA E. DAVIS")

### INTRODUCTION:

MR. HARDISON RESPECTFULLY SEEKS APPOINTMENT OF NEW COUNSEL DUE TO AN IRREPARABLE BREAKDOWN IN COMMUNICATION AND TRUST WITH CURRENT COUNSEL. ALTERNATIVELY, HE REQUESTS A PROMPT HEARING TO SAFEGUARD HIS SIXTH AMENDMENT RIGHTS.

(1)

BACKGROUND. SINCE APPROXIMATELY SEPTEMBER 11, 2025, COMMUNICATIONS HAVE DETERIORATED; COORDINATED DISCOVERY REVIEW HAS BEEN DIFFICULT; AND DIFFERENCES OVER CORE DEFENSE STRATEGY NOW PREVENT MEANINGFUL CONSULTATION AND PREPARATION.

LEGAL STANDARD:
THE COURT CONSIDERS: (1) TIMING; (2) ADEQUACY OF THE COURTS INQUIRY; (3) EXTENT OF THE CONFLICT, INCLUDING WHEATHER IT CAUSE A TOTAL BREAKDOWN PREVENTING AN ADEQUATE DEFENSE; AND (4) THE PUBLICS INTEREST IN PROMPT JUSTICE.

ARGUMENT:
GOOD CAUSE EXISTS: THE CONFLICT IS PERSISTENT AND SUBSTANTIVE; TRUST HAS COLLASPED; AND THE BREAKDOWN IMPEDES COUNSELS ABILITY TO ADVISE AND PREPARE CRITICAL MOTIONS. SUBSTITUTION IS WARRANTEDOR, AT MINIMUM, A FOCUSED HEARING PRAYER, APPOINT NEW COUNSEL FORTHWITH; OR SET A HEARING AT THE COURTS EARLIEST CONVENIENCE.

RESPECTFULLY, SUBMITTED

*Bryan Hardison*
BRYAN HARDISON
# 504842
(11-17-25)   ✶ FOR THE RECORD ✶