Bryan Hardison #504842
5001 Maloneyville Road
Knoxville, Tennessee
37918

RECEIVED
DEC 01 2025
INSPECTED

Eastern Dis[trict]
[Uni]ted State[s]

Sender is an inmate of Correctional Facility

CERTIFIED MAIL
7021 1970 0000 6315 7214

Knoxvi[lle]
3790[2]